HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RUBEN EARL GALVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUBEN EARL GALVAN,<br><br>Defendant. | Case No. 1:26-mj-00063-EPG-1<br><br>**STIPULATION TO CONTINUE DETENTION HEARING; ORDER**<br><br>Date:  June 4, 2026<br>Time:  2:00 p.m.<br>Judge: Hon. Frank J. Singer |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Ruben Earl Galvan, that the Court may continue the detention hearing currently scheduled for June 3, 2026, to June 4, 2026, at 2:00 p.m.

Defense counsel intends to propose that the Court release Mr. Galvan to a residential inpatient treatment program. Defense counsel has identified a suitable program but requires additional time to obtain a letter accepting Mr. Galvan to the program. Counsel for the government does not oppose the request for a continuance. Defense counsel has also conferred with Pretrial Services Officer Ryan Beckwith. Although Officer Beckwith is unavailable on June 4, he has stated that another officer will be available to cover the hearing. As Mr. Galvan made his initial appearance on June 1, 2026, the new proposed date is within the five-day period prescribed under 18 U.S.C. § 3142 and, accordingly, the Court need not make a finding of good

cause.

**IT IS SO STIPULATED.**

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: June 2, 2026        */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 2, 2026        */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
RUBEN EARL GALVAN

## O R D E R

**IT IS SO ORDERED.** The detention hearing scheduled for June 3, 2026, is hereby continued to June 4, 2026, at 2:00 p.m. before Magistrate Judge Frank J. Singer.

Date:  **Jun 3, 2026**        _____
Hon. Frank J. Singer
United States Magistrate Judge

Galvan – Stipulation to Continue Detention Hearing        2